# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1704
_____

United States of America

*Plaintiff - Appellee*

v.

Matthew Antione Canady, also known as Matthew Canady

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: February 4, 2021
Filed: February 10, 2021
[Unpublished]

_____

Before KELLY, MELLOY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Matthew Canady appeals the district court's[1] order denying his motion for relief under the First Step Act of 2018. *See* Pub. L. No. 115-391, 132 Stat. 5194. His

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

appointed attorney has filed a brief arguing that the district court erred in denying relief.  Counsel has also moved to withdraw.

After careful review, we conclude the district court did not abuse its discretion by declining to reduce Canady's prison sentence.  *See United States v. McDonald*, 944 F.3d 769, 771 (8th Cir. 2019) (reviewing the district court's decision to grant or deny a reduction authorized under First Step Act for an abuse of discretion). Accordingly, we affirm and grant counsel leave to withdraw.

_____